AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rothstein, Barbara J | 2. Court or Organization<br><br>Federal Judicial Center | 3. Date of Report<br><br>08/06/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Federal Judicial Center<br>Washington, D.C. 20002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 AUG -7 P 3:09
RECEIVED
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| **Rothstein, Barbara J** | 08/06/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | The Rutter GroupSpeaker's Fee | $ 1,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Medical Faculty Associates, Wages |
| 2. 2006 | Self Employed Consultant Fees |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Law Institute-American Bar Assn | Feb 23-24, San Francisco, CA, Speaking Engagement (Transportation, Lodging) |
| 2. | Seattle University School of Law | Apr 7, Seattle, WA, Symposium Speaker (Transportation, Lodging) |
| 3. | Law Seminars International | May 11, Seattle, WA, Speaker, Class Actions Conference (Transportation) |
| 4. | The Rutter Group | May 23-26, San Francisco, CA, Speaker (Transportation) |
| 5. | American Law Institute-American Bar Assn | May 31-June 2, Charleston, SC, Speaker (Transportation, Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/06/2007 |

6.  Associaton of Trial Lawyers of America          July 15, Seattle, WA, Speaker (Transportation, Meals, Lodging)

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/06/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Alaska Airlines | Credit Card | J |
| 2. United | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amcol Common | A | Dividend | J | T | | | | | |
| 2. El Paso Corp. | A | Dividend | J | T | | | | | |
| 3. Equitable Resources Common | A | Dividend | K | T | | | | | |
| 4. Motorola Inc Common | A | Dividend | L | T | | | | | |
| 5. Freescale Semiconductor Inc. | | None | | | sell | 12/04 | J | C | |
| 6. Oppenheimer Muni Bond Fd | C | Dividend | L | T | | | | | |
| 7. Rochester Fund Muni's Cl.A | C | Dividend | L | T | | | | | |
| 8. US Bancorp Account | A | Interest | J | T | | | | | |
| 9. Chevy Chase Bank Account | A | Interest | K | T | | | | | |
| 10. Provident Bank | | None | J | T | | | | | |
| 11. NA Properties Ltd Partnership | B | Rent | J | U | | | | | |
| 12. Rental House Bellevue(#1) (1990 $60,000) | | None | | | off market | 01/01 | | | |
| 13. Rental House Redmond (#2) 1999 $172,000) | E | Rent | M | R | | | | | |
| 14. Rental House Bellevue (#3) (1975 $148,000) | | None | | | off market | 01/01 | | | |
| 15. New Horizon Capital III, LP | | None | K | T | | | | | |
| 16. *SEP PLAN: | | | | | | | | | |
| 17. America Movil Ads | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank One Capital Trust VI | B | Interest | K | T | | | | | |
| 19. Elan Corp. Common | | None | K | T | | | | | |
| 20. Emulex Corp. Common | | None | J | T | | | | | |
| 21. Microsoft Corp. Common | C | Dividend | M | T | partial sell | 08/24 | M | F | |
| 22. 3M Company | B | Dividend | L | T | | | | | |
| 23. XCel Energy | A | Dividend | J | T | | | | | |
| 24. PPL Corp. | A | Dividend | J | T | | | | | |
| 25. Applera Corp. Common | A | Dividend | K | T | | | | | |
| 26. Costco Wholesale Corp. Common | A | Dividend | L | T | | | | | |
| 27. Pimco Corporate Income Fund | C | Dividend | K | T | | | | | |
| 28. Putnam Managed High Yield Tr. | B | Dividend | K | T | | | | | |
| 29. Western Asset HI Inc.(FrmrlySalomon Bros HI Inc Fnd Common) | B | Dividend | K | T | | | | | |
| 30. Starbucks Common | | None | N | T | | | | | |
| 31. Telefonos De Mexico Common | B | Dividend | L | T | | | | | |
| 32. Pennzoil Co Bonds | B | Dividend | K | T | | | | | |
| 33. Nuveen Quality Preferred Income FD | A | Interest | J | T | | | | | |
| 34. Bancorpsouth Cap Tr. Preferred | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 3Com Corp Common | | None | J | T | | | | | |
| 36. Home Depot Inc. Common | A | Dividend | K | T | | | | | |
| 37. General Electric Co. Common | B | Dividend | K | T | | | | | |
| 38. Morgan Stanley Cap. Trust | B | Dividend | K | T | | | | | |
| 39. CHS Cooperatives Preferred | B | Dividend | K | T | | | | | |
| 40. Talk America Common | | None | | | sell | 12/20 | J | | |
| 41. CEPS Gov't&Agency Funds(Frmrly CEF Gov't Fnd) | D | Dividend | N | T | | | | | |
| 42. CMS Energy | | None | J | T | | | | | |
| 43. Pioneer Floating Rate Trust (PHD) | C | Dividend | K | T | | | | | |
| 44. Eaton Vance Enhanced Equity Fund | B | Dividend | K | T | | | | | |
| 45. Eaton Vance Enhanced Equity Income Fd II | E | Interest | M | T | | | | | |
| 46. RMR Preferred Dividend Fund | B | Dividend | K | T | | | | | |
| 47. Unit FT Target Triad Port | A | Dividend | L | T | buy | 06/08 | L | | |
| 48. *PENSION TRUST | | | | | | | | | |
| 49. Dell, Inc | | None | J | T | | | | | |
| 50. ETrade Money Market Funds | A | Interest | K | T | | | | | |
| 51. Cybersource Corp. Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/06/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Lines 12 & 14:  These properties were no longer  rental properties as of January 1, 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████████ Date  8/7/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544